# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

September 11, 2025

_____

## NOTICE

_____

No. 25-4023,   US v. Lucio Garcia
               4:22-cr-00075-D-RJ-2

TO: Daniel Baker McIntyre, III

Please notify the court within 10 days whether you intend to adopt the previously filed brief and joint appendix in this appeal or to file a new brief on behalf of appellant.

R. Phillips, Deputy Clerk
804-916-2702